1  STUART HANLON, SBN: 66104
   LAW OFFICES OF HANLON & RIEF
2  1663 MISSION STREET, SUITE 200
   San Francisco, CA 94103
3  (415) 864-5600

4  Attorney for Defendant
5  Rui Ivan Liu

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:13-cr-00344-001JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| vs. | |
| RUI IVAN LIU, | |
| Defendant. | |

The parties stipulate to the following:

The defendant RUI IVAN LIU is schedule for his first appearance before the District Court Judge Honorable Judge Jon S. Tigar on November 4th, 2016 at 9:30 a.m.  Both parties wish to continue evaluating this case to see if a resolution can be reached. This involves getting documents, not only from U.S. Probation, but also from the Los Angeles County Superior Court. Further, defense counsel now has to travel to New York on November 3-6, 2016 on a family matter and, thus, will not be available. While counsel could have someone appear for him, he would prefer to be present at all appearances.

Therefore, the parties are requesting that this Court continue this matter by vacating the present date of November 4th, 2016 at 9:30 a.m. and setting the case on for status on December 9th, 2016 at 9:30 a.m.

Dated: October 27, 2016                         /s/
                                                STUART HANLON
                                                Attorney for Defendant
                                                RUI IVAN LIU

Dated: October 27, 2016                         /s/
                                                LAURIE GRAY
                                                Assistant United States Attorney

# ORDER

Based on the attached Stipulation of the parties, the hearing set for November 4th, 2016 at 9:30 a.m. shall be continued to December 9th, 2016 at 9:30 a.m.

Dated: _____October 28_____, 2016

IT IS SO ORDERED

Judge Jon S. Tigar